# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
## CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **25-3880**  Case Manager: **Robin**

Case Name: **Karen Cahall v. New Richmond, OH, Exempted Village School District Board of Education et al.**

Is this case a cross appeal? ☐ Yes  ☑ No
Has this case or a related one been before this court previously?  ☐ Yes  ☑ No
If yes, state:
    Case Name: _____  Citation: _____
    Was that case mediated through the court's program?  ☐ Yes  ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

Appeal taken against all defendants/appellees. Issues are:

1. Whether District Court erred in granting defendants' Motion for Judgment on the Pleadings;
2. Whether District Court erred in denying plaintiff's Motion for Partial Judgment on the Pleadings;
3. Whether New Richmond Board Policy No. 2240 is void for vagueness under the 14h Amendment Substantive Due Process Clause;
4. Whether the complaint and proposed amended complaint plead valid claims for religious discrimination and equal protection under the First and Fourteenth Amendments; and
5. Whether the District Court erred in denying plaintiff's Motiion for Leave to File Amended Complaint.

This is to certify that a copy of this statement was served on opposing counsel of record this **30th** day of **October**, **2025**.

s/Mark P. Herron
Name of Counsel for Appellant

6CA 53
Rev. 6/08